| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK** | Hearing Date: November 4, 2021<br>Hearing Time: 10:00a.m. |
| In Re:<br><br>Howard M. Birchmeyer and Christina M. Birchmeyer fka Christina M. Murffyn,<br><br>Debtors | **<u>NOTICE OF MOTION FOR TERMINATION OF AUTOMATIC STAY</u>**<br><br>Case No. 16-31724-5-wak<br>Chapter 13<br><br>Assigned to:<br>Hon. Wendy A. Kinsella<br>Bankruptcy Judge |

Please take notice that American Financial Resources, Inc., or successor or assigns, by the undersigned attorneys, will move this Court on November 4, 2021 at 10:00a.m. or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, U.S. Bankruptcy Court, James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York 13261 for an Order pursuant to 11 U.S.C. §362(d)(1) terminating the automatic stay as to movant's, or successor or assigns, by interest in the real property commonly known as 117 Meadow River Drive, Liverpool, New York 13090 and for such other relief as the Court may deem proper.

**PURSUANT TO FED. R. BANKR. P. 9014 AND LOCAL BANKRUPTCY RULE 9013- 1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

DATED:   October 6, 2021
               New Rochelle, New York

                                                Respectfully submitted,

                        By:    */s/ Melissa S. DiCerbo*
                                Melissa S. DiCerbo, Esq.
                                McCabe, Weisberg & Conway, LLC
                                Attorneys for Secured Creditor
                                145 Huguenot Street, Suite 210
                                New Rochelle, NY 10801
                                Telephone 914-636-8900

TO:

Howard M. Birchmeyer
117 Meadow River Dr
Liverpool, New York 13090

Christina M. Birchmeyer fka Christina M. Murffyn
117 Meadow River Dr
Liverpool, New York 13090

Robert B. Ribarovski
Donwood Office Park
101 Old Cove Rd, Ste 110
Liverpool, NY 13090

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

U.S. Trustee
Office of The United States Trustee
10 Broad Street
Room 105
Utica, NY 13501

The Honorable Wendy A. Kinsella
U.S. Bankruptcy Court
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, New York 13261